# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 15 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL C. RUSSELL, )
)
Plaintiff )
)
vs. ) Case No. 14-1410
) *(The case number will be assigned by the clerk)*
SHERIFF JEFF STANDARD )
LT. DOUG LAFARY )
FULTON COUNTY )
ADVANCED CORRECTIONAL )
HEALTHCARE )
)
)
, )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).* JEFFREY STANDARD, DOUGLAS LAFARY, ADVANCED CORRECTIONAL HEALTHCARE

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown  DENIAL OF MENTAL HEALTH SERVICES

---

**Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: MICHAEL C. RUSSELL

Prison Identification Number: 43356

Current address: FULTON COUNTY JAIL 268 W. WASHINGTON LEWISTOWN, IL 61542

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: JEFFREY STANDARD

Current Job Title: SHERIFF OF FULTON COUNTY, IL.

Current Work Address: 268 W. WASHINGTON LEWISTOWN, IL 61542

Defendant #2:

Full Name: DOUGLAS LAFARY

Current Job Title: LIEUTENANT/JAIL ADMINISTRATOR FULTON COUNTY jail

Current Work Address: 268 W. WASHINGTON LEWISTOWN, IL 61542

Defendant #3:

Full Name: ADVANCED CORRECTIONAL HEALTHCARE

2

Current Job Title: MEDICAL SERVICE PROVIDER

Current Work Address 268 W. WASHINGTON LEWISTOWN, IL 61542

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number _____

  2. Basic claim made _____

  3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☑   No ☐

If your answer is no, explain why not  NO FORMAL GRIEVANCE PROCEDURE, MADE MY OWN FORM, TO ATTEMPT TO RESOLVE THIS Administratively.

C. Is the grievance process completed?   Yes ☑   No ☐

4

DEALING WITH FULTON COUNTY SHERIFF JEFF STANDARD, JAIL ADMINISTRATOR LT. DOUG LAFARY, AND THE MEDICAL SERVICE PROVIDER, ADVANCED CORRECTIONAL HEALTHCARE. I HAVE HAD NO ASSISTANCE WITH THIS MATTER THROUGH MEDICAL SERVICE REQUESTS, A SELF DESIGNED GRIEVANCE PROCEDURE. FOR THE RECORD MY COMPLAINT IS DENIAL TO BE PROVIDED WITH ADDITIONAL MENTAL HEALTH SERVICES AND BEING ALLOWED TO SEE A QUALIFIED SPECIALIST IN THAT FIELD. I ONLY BRING UP THE MEDICAL RECORDS BECAUSE I HAVE REQUESTED THEM TO PRESENT THE COURT WITH ADDITIONAL DOCUMENTATION OF MY COMPLAINT. I BEGAN MY SELFMADE GRIEVANCE PROCESS TO LT. LAFARY ON 9-26-14 AND EXHAUSTED IT WITH SHERIFF STANDARD ON 10-13-14, AT THE FULTON COUNTY JAIL AT 268 W. WASHINGTON LEWISTOWN, IL 61542. THIS IS THE NATURE OF MY INJURY, IVE BEEN EXPERIENCING, DEPRESSION, MOOD SWINGS, AN INABILITY TO FOCUS, AND AN INABILITY TO QUIET THE NOISE IN MY HEAD. FOR THE RECORD THE PSYCHOTROPIC MEDICATION I AM CURRENTLY PRESCRIBED I WAS PRESCRIBED PRIOR TO MY PLACEMENT AT FULTON COUNTY JAIL, THEY HAVE NOT PROVIDED ME WITH ANY MENTAL HEALTH SERVICES ONLY REFILLED PREVIOUSLY STATED MEDICATIONS

6

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___FULTON COUNTY JAIL___

Date(s) of the occurrence ___9-9-14 LAST MED REQUEST FOR MENTAL HEALTH___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I MICHAEL C. RUSSELL HAVE BEEN ON AND OFF MENTAL HEALTH CARE SINCE I WAS AN ADOLESCENT. BOTH IN SOCIETY AS WELL AS WHILE INCARCERATED. I HAVE BEEN UNDER THE MENTAL HEALTH CARE OF DR. POTKAY, MACOMB, ILLINOIS. LOUIS MCMAHON, MACOMB, ILLINOIS, BEHAVIORAL HEALTH AT MCDONOUGH DISTRICT HOSPITAL, NORTHCENTRAL BEHAVIORAL HEALTH, IN MACOMB, IL. I WAS DISCHARGED FROM THE U.S. ARMY FOR MENTAL HEALTH REASONS. I HAVE BEEN UNDER MENTAL HEALTH TREATMENT WHILE INCARCERATED IN MCDONOUGH COUNTY, ILLINOIS AS WELL AS THE MISSOURI DEPT OF CORRECTIONS. I AM CURRENTLY ON THE MEDICATIONS TRAZADONE AND DIAZAPAM WHILE INCARCERATED AT THE FULTON COUNTY JAIL. I HAVE REQUESTED TWICE FORMALLY TO SEE A MENTAL HEALTH SPECIALIST THE LAST BEING 9-9-14 AND NUMEROUS TIMES VERBALLY. THE STAFF HERE AT THE FULTON COUNTY JAIL HAVE DENIED ME THE ABILITY TO SEE A MENTAL HEALTH SPECIALIST FOR BOTH COUNSELING PURPOSES AND PSYCHOTROPIC MED ADJUSTMENTS. I HAVE REQUESTED THIS AND COPIES OF MY MEDICAL RECORDS, FROM MEDICAL STAFF AND TO THIS DATE HAVE RECEIVED NO ADDITIONAL ASSISTANCE. MAYBE THE COURT WILL HAVE BETTER LUCK WITH

## RELIEF REQUESTED

(State what relief you want from the court.)

1) FOR AN INJUCTION TO ORDER THE FULTON COUNTY JAIL TO PROVIDE ADEQUATE MENTAL HEALTH SERVICES PROVIDED FOR ALL INMATES AT THE FULTON COUNTY JAIL; A PSYCHOLOGICAL EVALUATION FOR MYSELF BY A PSYCHIATRIC SPECIALIST.
2) $500,000.00 FOR MENTAL ANGUISH
3) $500,000.00 LOSS OF ENJOYMENT OF LIFE
4) $500,000.00 FOR PAIN AND SUFFERING
5) FOR DEFENDANT TO PAY ALL FILEING FEES AND COURT COSTS

JURY DEMAND     Yes [✓]     No [ ]

Signed this  13  day of  OCTOBER , 20 14 .

*Michael C. Russell*
(Signature of Plaintiff)

| Name of Plaintiff: MICHAEL C. RUSSELL | Inmate Identification Number: 43356 |
|---|---|
| Address: FULTON COUNTY JAIL 268 W. WASHINGTON LEWISTOWN, IL 61542 | Telephone Number: 309-547-2277 |

1.) _____

2.) LT. LAFARY

# Grievance 2.)

9-26-14 pg ①

I, Michael C. Russell a pre-trial federal detainee contracted by the U.S. Marshall's office to be held at the Fulton County Jail located at 26 B W. Washington Lewistown, Illinois 61542. I have put in two sick call slips to request and receive mental health services ie. an adjustment in my psychotropic medication, as well as an evaluation/consultation by a licensed mental health services provider. The less than adequate medical staff contracted by this facility has not only denied me said services but has also, pushed the blame on the U.S. Marshall's office and U.S. District Court stating that said issue is there responsibility. I have also been denied access to copies of my medical records for the treatment I have requested, recieved while residing at this facility, or lack there of. I have been instructed by medical staff that they will only allow me to access previously stated records by submitting a Freedom of Information Act request form. It is my position that my medical records are my property covered by the H.E.P.A. guidelines, doctor patient confidentiality. Therefore are not public record or subject to the terms set forth in the Freedom of Information Act. It is my position, that this institutions administration is using this as a stall tactic to slow the

## GRIEVANCE 2.)   Pg ②

PROCESS OF MY ABILITY TO EXHAUST ALL ADMINISTRATIVE PROCEDURES TO FURTHER DELAY ANY CIVIL REMEDIES THAT I WILL BE SEEKING TO PURSUE IN THE FUTURE. I HAVE NOTIFIED THE U.S. MARSHALL'S OFFICE OF THIS INSTITUTIONS MISHANDLINGS AS WELL AS MY POSITION REGUARDING THESE ISSUES AND THAT EACH DAY THAT I AM NOT PROPERLY TREATED FOR MY MENTAL HEALTH DISORDERS IE. BI-POLAR, DEPRESSION, SOCIAL ANXIETY, AND ATTENTION DEFICIT DISORDERS, THAT I AM BEING CAUSED EXTREME MENTAL DISTRESS AND ANGUISH. IT IS ALSO MY POSITION THAT BECAUSE OF THIS I AM BEING SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT BY THE ADMINISTRATION, SECURITY STAFF AND MEDICAL STAFF AND AM BEING DETAINED IN IN A HOSTILE ENVIROMENT IE. FULTON COUNTY JAIL. I HOPE AND PRAY THAT THIS INSTITUTION AND ITS ADMINISTRATION MOVE TO ENSURE THAT I AM GIVEN THE CORRECT MENTAL HEALTH SERVICES NEEDED, AS WELL AS MY LEGAL RIGHT TO HAVE ACCESS TO COPIES OF MY MEDICAL FILES.

RESPECTFULLY SUBMITTED,

*Michael C. Russell*

MICHAEL C. RUSSELL
G-5   FED CRIM NO. 14-10033

1.) SHERIFF STANDARD 10-9-14
2.) LT. LAFARY - NO RESPONSE

# GRIEVANCE 2.)   9-26-14 pg 1

I, MICHAEL C. RUSSELL A PRE-TRIAL FEDERAL DETAINEE CONTRACTED BY THE U.S. MARSHALL'S OFFICE TO BE HELD AT THE FULTON COUNTY JAIL LOCATED AT 268 W. WASHINGTON LEWISTOWN, ILLINOIS 61542. I HAVE PUT IN TWO SICK CALL SLIPS TO REQUEST AND RECEIVE MENTAL HEALTH SERVICES IE. AN ADJUSTMENT IN MY PSYCHOTROPIC MEDICATION, AS WELL AS AN EVALUATION/CONSULTATION BY A LICENSED MENTAL HEALTH SERVICES PROVIDER. THE LESS THAN ADEQUATE MEDICAL STAFF CONTRACTED BY THIS FACILITY HAS NOT ONLY DENIED ME SAID SERVICES BUT HAS ALSO, PUSHED THE BLAME ON THE U.S. MARSHALL'S OFFICE AND U.S. DISTRICT COURT STATING THAT SAID ISSUE IS THERE RESPONSIBILITY. I HAVE ALSO BEEN DENIED ACCESS TO COPIES OF MY MEDICAL RECORDS FOR THE TREATMENT I HAVE REQUESTED, RECIEVED WHILE RESIDING AT THIS FACILITY, OR LACK THERE OF. I HAVE BEEN INSTRUCTED BY MEDICAL STAFF THAT THEY WILL ONLY ALLOW ME TO ACCESS PREVIOUSLY STATED RECORDS BY SUBMITTING A FREEDOM OF INFORMATION ACT REQUEST FORM. IT IS MY POSITION THAT MY MEDICAL RECORDS ARE MY PROPERTY COVERED BY THE H.P.A. GUIDELINES, DOCTOR PATIENT CONFIDENTIALITY. THEREFORE ARE NOT PUBLIC RECORD OR SUBJECT TO THE TERMS SET FORTH IN THE FREEDOM OF INFORMATION ACT. IT IS MY POSITION, THAT THIS INSTITUTIONS ADMINISTRATION IS USING THIS AS A STALL TACTIC TO SLOW THE

GRIEVANCE 2.)



PROCESS OF MY ABILITY TO EXHAUST ALL ADMINISTRATIVE PROCEDURES TO FURTHER DELAY ANY CIVIL REMEDIES THAT I WILL BE SEEKING TO PURSUE IN THE FUTURE. I HAVE NOTIFIED THE U.S. MARSHALL'S OFFICE OF THIS INSTITUTIONS MISHANDLING'S AS WELL AS MY POSITION REGUARDING THESE ISSUES AND THAT EACH DAY THAT I AM NOT PROPERLY TREATED FOR MY MENTAL HEALTH DISORDERS IE. BI-POLAR, DEPRESSION, SOCIAL ANXIETY, AND ATTENTION DEFICIT DISORDERS, THAT I AM BEING CAUSED EXTREME MENTAL DISTRESS AND ANGUISH. IT IS ALSO MY POSITION THAT BECAUSE OF THIS I AM BEING SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT BY THE ADMINISTRATION, SECURITY STAFF AND MEDICAL STAFF AND AM BEING DETAINED IN IN A HOSTILE ENVIROMENT IE. FULTON COUNTY JAIL. I HOPE AND PRAY THAT THIS INSTITUTION AND ITS ADMINISTRATION MOVE TO ENSURE THAT I AM GIVEN THE CORRECT MENTAL HEALTH SERVICES NEEDED, AS WELL AS MY LEGAL RIGHT TO HAVE ACCESS TO COPIES OF MY MEDICAL FILES.

RESPECTFULLY SUBMITTED,

Michael C. Russell

MICHAEL C. RUSSELL

G-5 FED CRIM NO. 14-10033

#2

## JEFF STANDARD
Sheriff



**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL  61542
309/547-2277

TO: INMATE MICHAEL RUSSELL
FROM: LT. LAFARY                                10-13-14
RE: GRIEVANCE OF 10-13-14
CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE THAT I RECEIVED ON 10-13-14 THAT YOU HAD DATED 092614 REGARDING YOUR MEDICAL TREATMENT AND MEDICAL RECORDS.

THE FIRST PART OF YOUR GRIEVANCE STATES THAT YOU HAVE NOT BEEN GIVEN PROPER MEDICAL TREATMENT FOR YOUR MENTAL HEALTH ISSUES.  IN REVIEWING YOUR FILES I SEE THAT YOU ARE CURRENTLY TAKING 3 PSYCHOTROPIC MEDICATIONS FOR YOUR DISORDERS.

NOT BEING A DOCTOR MYSELF, I AM UNABLE TO DETERMINE WHAT IS "PROPER" BY MEDICAL STANDARDS.

WHAT I CAN DETERMINE BY YOUR MEDICAL RECORDS IS THAT YOUR **ARE** BEING TREATED FOR THE MEDICAL COMPLAINTS THAT YOU MAKE AND ARE NOT BEING DENIED MEDICAL CARE.  YOU JUST DISAGREE WITH YOUR TREATMENT.   YOU SHOULD ATTEMPT TO SPEAK WITH THE MEDICAL STAFF ABOUT CONCERNS AND DISCUSS TREATMENT OPTIONS WITH THEM.

THE SECOND PART OF YOUR GRIEVANCE REQUESTS COPIES OF YOUR MEDICAL RECORDS. I AM NOT OPPOSED TO YOU GETTING COPIES OF YOUR MEDICAL RECORDS, HOWEVER THEY ARE THE PROPERTY OF ADVANCED CORRECTIONAL HEALTHCARE AND I MUST ABIDE BY THEIR POLICIES AND PROCEEDURES.   I AM TOLD YOU MUST REQUEST THEM IN WRITING FROM THEM AND THEY WILL BE PROVIDED.  IF THESE RECORDS ARE REQUESTED FOR YOUR COURT PROCEEDINGS, YOUR ATTORNEY KNOWS THE PROPER CHANNELS TO OBTAIN THEM.

FOR THE ABOVE REASONS YOUR GRIEVANCE IS UNFOUNDED.

Lt. Doug Lafary #02

# Fulton County Jail
# Sick Call Request Form

Date: 9-9-14        Cell: G-5    ID#: 433576

Inmate Name: RUSSELL, MICHAEL C    D.O.B. 5-15-81

COUNTY OR FED  (circle one)

**Check Service Requested:**

[✓]  Doctor/Nurse ( MENTAL HEALTH!
[ ]  Dentist  (     )
[ ]  Prescription Filled  (     )
[ ]  Over the Counter Medication  (     )

*I wish to be seen at sick call because:* (Please Explain)

THIS IS MY SECOND REQUEST FOR A MENTAL HEALTH EVALUATION. I NEED TO SEE A SPECIALIST! THANKS

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.

2. Fees will be collected only for services requested by the inmate.

3. No inmate will be charged for medical services required by the County Jail (such as intake screening).

4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate signature: Michael C Russell

Medical Staff signature: _____

Results of request: _____

Amount Charged to Inmate's Account: _____

CLERK OF COURT
U.S. DISTRICT COURT
600 E. MONROE ST.
SPRINGFIELD, IL 62701

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE FULTON COUNTY JAIL